UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
CONCORD DIVISION

CASE NO.: 1:99-cv-00606-PB

PRISCILLA G. FARRELL and RICHARD W. FARELL,

    Plaintiffs,

v.

AMERICAN HOME PRODUCTS CORPORATION, WYETH-AYERST LABORATORIES, INTERNEURON PHARMACEUTICALS, INC. AND LES LABORATOIRES SERVIER, S.A.

    Defendants.

_____/

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE came before the Court upon the Stipulation for Dismissal with Prejudice filed by the Plaintiffs, Priscilla G. Farrell and Richard W. Farrell, and the Defendants, Interneuron Pharmaceuticals, Inc. and Les Laboratoires Servier, S.A. (collectively referred to as "Defendants"). The Court has considered the Stipulation and the pertinent portions of the record, and being otherwise fully advised in the premises:

ORDERS AND ADJUDGES that Plaintiffs' Complaint against Defendants is hereby DISMISSED with PREJUDICE, and that each party shall bear its respective fees and costs in accordance with the terms contained in said Stipulation, which are APPROVED and made a part of this order.

14121540.1

CASE NO.: 1:99-cv-00606-PB

DONE AND ORDERED in Chambers in New Hampshire this __14__ day of November, 2008.

                                                  __/s/ Paul Barbadoro__
                                                  DISTRICT COURT JUDGE

Copies Provided To:

All Counsel of Record